# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Brenda Kay Jeffreys | )<br>)<br>)<br>) Case No: 5:01-CR-16-1BO<br>) USM No: 18879-056 |
| Date of Original Judgment: February 13, 2002<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) James E. Todd, Jr.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of life months **is reduced to** 360 months in Counts 1, 3, and 7.

The sentences in Counts 2, 5, and 6 remain 240 months per count. The sentences in Counts 1, 2, 3, 5, 6, and 7 shall run concurrently, resulting in a total sentence of 360 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated February 13, 2002, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12-21-15                    /s/ Terrence Boyle
                                                  *Judge's signature*

Effective Date: November 1, 2015        Terrence W. Boyle, U.S. District Judge
*(if different from order date)*                *Printed name and title*