**UNITED STATES PROBATION OFFICE**
**EASTERN DISTRICT OF NORTH CAROLINA**

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** October 3, 2023

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** JEFFREYS, Brenda Kay
Case No.: 5:01-CR-16-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On February 13, 2002, Brenda Kay Jeffreys was convicted of Conspiracy to Distribute and Possess With the Intent to Distribute Cocaine Base (Crack); three counts of Possession With the Intent to Distribute Cocaine Base (Crack); Distribution of Cocaine Base (Crack); and two counts of Aiding and Abetting. Ms. Jeffreys appeared in United States District Court for the Eastern District of North Carolina and received at term of imprisonment of Life, followed by 10 years of supervised release. On December 21, 2015, pursuant to 18 U.S.C.§ 3582(c)(2), her term of imprisonment was reduced to 360 months. Furthermore, on August 29, 2019, pursuant to 18 U.S.C. § 3582(c)(1)(B), her term of imprisonment was reduced to 261 months and the term of supervision was reduced to 8 years. She began supervision on September 4, 2019.

Ms. Jeffreys has performed satisfactorily on supervision. She has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since December 2020. All drug screens have been negative. Ms. Jeffreys is also gainfully employed and has met all her monetary obligations. Her term of supervision is set to expire on September 3, 2027.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_        10-3-23
Terrence W. Boyle        Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　　Crim. No. 5:01-CR-16-1BO

**BRENDA KAY JEFFREYS**

On September 4, 2019, the above named was released from prison and commenced a term of supervised release for a period of 8 years. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton
Timothy L. Gupton
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: October 3, 2023

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **3** day of **October**, 2023.

Terrence W. Boyle
United States District Judge